**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CARMELO OLIVARES HERNANDEZ, | : | No. 514 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (F&P HOLDING CO.), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.